UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MONICA PAULINE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-342-HBG |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 9].

Now before the Court is a Motion for Extension of Scheduling Deadlines and Continuance of Trial Date [Doc. 23], filed by Plaintiff. Plaintiff moves the Court to continue the expert disclosure deadline and other deadlines in this case, including the trial date, to allow Plaintiff an opportunity to secure an expert to testify in the place of her treating physician, Dr. Moffett. The Defendant does not oppose the relief requested by Plaintiff, so long as the substituted testimony does not exceed the scope of the Plaintiff's Rule 26 disclosure relating to Dr. Moffett. [See Doc. 24]. Counsel for the Plaintiff has confirmed that the testimony would not exceed the disclosure made with regard to Dr. Moffett.

The parties appeared before the undersigned, via telephone, on September 18, 2015. It appeared that the parties had reached an agreement on this issue, and therefore, the Court reset the trial of this matter and continued the pretrial deadlines.

Accordingly, the Court finds that the Motion for Extension of Scheduling Deadlines **[Doc. 23]** is well-taken, and it is **GRANTED**. It is **ORDERED**:

1. The trial of this matter is **RESET** to commence at **9:00 a.m. on May 18, 2016**.

2. The pretrial conference is **RESET** to take place at **1:30 p.m. on May 11, 2016**.

3. All deadlines contained in the Scheduling Order [Doc. 10] are extended by **ninety (90) days**.

**IT IS SO ORDERED.**

ENTER:

Bruce Guyton
United States Magistrate Judge

2

Case 3:14-cv-00342-HBG   Document 25   Filed 09/18/15   Page 2 of 2   PageID #: 119